Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

DEC 0 2 2025

DANIEL J. McCOY, CLERK

BY:_____

# UNITED STATES DISTRICT COURT

for the

Western District of Louisiana

Shreveport ~~Shreveport~~ Division
LB

Chelsie Burroughs

_Plaintiff(s)_
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

KTBS LLC

_Defendant(s)_
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____
5:25-cv-1933

_(to be filled in by the Clerk's Office)_

Jury Trial: _(check one)_  ☑Yes  ☐No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I.    The Parties to This Complaint

**A.    The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                     Chelsie Burroughs
Street Address           3749 S SH 161 Frontage Rd Apt 4227
City and County          Grand Prairie, Dallas County
State and Zip Code       Texas    75052
Telephone Number         817-262-9537
E-mail Address           Chelsie burroughs 83@gmail.com

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title _(if known)_. Attach additional pages if needed.

Page 1 of 6

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

Defendant No. 1

Name KTBS LLC

Job or Title (if known) Employer / Television Broadcast Company

Street Address 312 E. Kings Hwy

City and County Shreveport, Caddo Parish

State and Zip Code Louisiana, 71104

Telephone Number 318 - 861 - 5800

E-mail Address (if known)

Defendant No. 2

Name

Job or Title (if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address (if known)

Defendant No. 3

Name

Job or Title (if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address (if known)

Defendant No. 4

Name

Job or Title (if known)

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address (if known)

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

### C.    Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

Name           KTBS

Street Address    312 East Kings Highway

City and County    Shreveport, Caddo

State and Zip Code    Louisiana  71104

Telephone Number    318-861-5800

## II.    Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☑    Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐    Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☑    Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☑    Other federal law *(specify the federal law)*:

Family and Medical Leave Act (FMLA) (Interference and retaliation)

☐    Relevant state law *(specify, if known)*:

☐    Relevant city or county law *(specify, if known)*:

Facts of my case

**III. Statement of Claim**

The discriminatory conduct of which I complain in this action includes:
- Unequal terms and conditions of my employment;
- Failure to accommodate my disability;
- Retaliation;
- Constructive discharge.

I am an African American Weekend Anchor/Reporter/MMJ who began working for KTBS in October 2023. In February 2024, after I pitched and received approval from News Director Bill Lunn to cover a Black History Month story on Orlandeaux's, manager Vickey Welborne began targeting my work. She falsely claimed the story was 'done every year' and then began subjecting my scripts to unusual scrutiny, rewrites, and negative treatment that other anchors and reporters did not receive.

In February 2024 I informed management that covering a Mardi Gras parade conflicted with my sincerely held Christian beliefs. Although the assignment was removed, the following week Bill Lunn called me into his office, questioned my religious beliefs, and tried to convince me that participating in Mardi Gras was not wrong. I experienced this as coercive and discriminatory.

On March 4, 2024, I filed a grievance with Human Resources against Vickey Welborne for harassment and discriminatory treatment. Shortly afterward, Bill Lunn sent a written response, copied to upper management and my talent agent, stating that I was 'sensitive to critiques' and that my work would be under 'more scrutiny.' This email, and a follow-up meeting with Bill Lunn, Corey Dixon, and George Sirven in March 2024, made clear that my protected complaints would result in increased scrutiny instead of protection.

After this meeting KTBS improperly deducted four hours from my upcoming paycheck, even though I was a salaried employee and had completed my work. This was retaliatory. Throughout spring 2024 I repeatedly requested reasonable accommodations for my diagnosed anxiety and panic disorder, including a consistent schedule and transfer to an evening shift as recommended by my physician. Management refused to accommodate me and instead told me I could either remain on my stressful schedule or accept a demotion to reporter only.

In July 2024 my symptoms worsened and I requested medical leave supported by doctor's notes. I was placed on leave beginning in August 2024. During my protected leave, HR representative Corey Dixon repeatedly contacted me by text and email about work and insurance, told me I was responsible for paying premiums that should have been handled through the plan, and required mandatory weekly check-ins where I had to report whether my medical condition had changed. These actions interfered with my FMLA rights and increased my anxiety.

In August 2024 Corey Dixon disclosed confidential information about my EEOC charge and legal complaints to coworker C.C., who then spread this information around the newsroom. This breach of confidentiality and resulting gossip caused humiliation, damaged my reputation, and worsened the hostile work environment.

Despite my repeated complaints and medical documentation, KTBS management failed to stop the harassment, failed to accommodate my disabilities, and continued to retaliate against me. The working conditions became so intolerable that on November 19, 2024, while still on medical leave, I submitted a written notice stating that I considered myself constructively discharged from KTBS.

**IV. Exhaustion of Federal Administrative Remedies**

I filed a charge of discrimination with the Equal Employment Opportunity Commission on July 24, 2024. The EEOC issued a Notice of Right to Sue letter, which I received on September 5, 2025.

**V. Relief**

I seek judgment against the defendants for back pay, front pay, compensatory damages for emotional distress and reputational harm, punitive damages where allowed, costs, and any other relief the Court deems just and proper, in a total amount of approximately $250,000.

**VI. Certification and Closing**

I declare under penalty of perjury that the facts stated in this complaint are true and correct.


Date of signing: November 22, 2025

Signature of Plaintiff: _Chelsie Burroughs_

Printed Name of Plaintiff: Chelsie Burroughs

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

☐ Failure to hire me.

☐ Termination of my employment.

☐ Failure to promote me.

☑ Failure to accommodate my disability.

☑ Unequal terms and conditions of my employment.

☑ Retaliation.

☑ Other acts *(specify)*: Constructive discharge

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)
October 2023 – November 2024

C.    I believe that defendant(s) *(check one)*:

☐ is/are still committing these acts against me.

☑ is/are not still committing these acts against me.

D.    Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☑ race    Black or African American

☐ color    _____

☐ gender/sex    _____

☑ religion    Christian

☐ national origin    _____

☐ age *(year of birth)* _____    *(only when asserting a claim of age discrimination.)*

☑ disability or perceived disability *(specify disability)*
Anxiety and Depression

E.    The facts of my case are as follows. Attach additional pages if needed.

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

I am the former weekend Anchor/Reporter/MMJ who began working for KTBS in October 2023.

☆ Please see the facts of my case attached

(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)

IV.    **Exhaustion of Federal Administrative Remedies**

A.    It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

July 24th, 2024

B.    The Equal Employment Opportunity Commission *(check one)*:

☐    has not issued a Notice of Right to Sue letter.

☑    issued a Notice of Right to Sue letter, which I received on *(date)* 9/5/2025.

(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)

C.    Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

V.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I seek judgement against the defendants for back pay, front pay, compensatory damages for emotional distress and reputetional harm, punitive damages Where allowed, costs and any other relief the court deems just and proper, in a total amount of approximately $250,000

Page 5 of 8

Pro Se 7 (Rev. 12/16) Complaint for Employment Discrimination

## VI.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/22/2025

Signature of Plaintiff    *Nelie Burroughs*

Printed Name of Plaintiff    Chelsie Burroughs

### B.   For Attorneys

Date of signing:   _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

DEC 0 2 2025

DANIEL J. McCOY, CLERK

BY:_____

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**SHREVEPORT DIVISION**

### COMPLAINT (Part 1: Jurisdiction & Parties)

1. Plaintiff Chelsie Burroughs ("Plaintiff") is an individual residing at 3749 S SH 161 Frontage Rd, Apt 4227, Grand Prairie, Texas 75052. Plaintiff was employed by KTBS, LLC as a Weekend Anchor/Reporter/MMJ.
2. Defendant KTBS, LLC is a television broadcasting company operating in Shreveport, Louisiana at 312 East Kings Highway and is an employer within the meaning of Title VII, the ADA, and the FMLA.
3. Defendant George Sirven served as General Manager at KTBS and had authority over Plaintiff's employment conditions.
4. Defendant Bill Lunn served as News Director and was Plaintiff's direct supervisor.
5. Defendant Corey Dixon served as Human Resources representative responsible for leave, accommodation processing, and confidentiality.
6. Jurisdiction is proper under 28 U.S.C. § 1331.
7. Venue is proper in this District.

### COMPLAINT (Part 2: Detailed Factual Background)

8. Plaintiff began employment in October 2023 and received positive performance feedback.
9. In February 2024, Plaintiff experienced discriminatory treatment following a Black History Month story pitch.
10. Manager Vickey Welborne increased scrutiny not imposed on white reporters.
11. Plaintiff faced racial microaggressions and was labeled 'difficult' and 'overly sensitive.'
12. Plaintiff declined Mardi Gras coverage due to religious beliefs and was interrogated.
13. Plaintiff filed a grievance on March 4, 2024.
14. Plaintiff was placed under increased scrutiny as retaliation.
15. Plaintiff experienced emotional distress.
16. Defendant docked Plaintiff's pay in retaliation.
17. ADA accommodations were denied.
18. Plaintiff was placed on leave August-November 2024.
19. HR interfered with medical leave.
20. EEOC details were disclosed.
21. Plaintiff was constructively discharged.

### COMPLAINT (Part 3: ADA – Failure to Accommodate & Retaliation)

22. The ADA requires reasonable accommodation.
23. Plaintiff is disabled and provided documentation.
24. Defendants failed to accommodate.
25. Plaintiff's condition worsened.
26. Plaintiff engaged in protected activity.
27. Retaliation followed.
28. ADA violations occurred.

### COMPLAINT (Part 4: FMLA Interference & Privacy Violations)

29. Plaintiff was harassed during leave.

30. HR communications interfered.
31. Rights were violated.
32. Confidentiality breached.
33. Safety concerns ignored.

## COMPLAINT (Part 5: Legal Claims & Counts)

34. COUNT I – ADA Disability Discrimination
35. COUNT II – ADA Failure to Accommodate
36. COUNT III – ADA Retaliation
37. COUNT IV – FMLA Interference
38. COUNT V – FMLA Retaliation
39. COUNT VI – Title VII Religious Discrimination
40. COUNT VII – Title VII Race Discrimination
41. COUNT VIII – Hostile Work Environment
42. COUNT IX – Invasion of Privacy / Breach of Confidentiality
43. COUNT X – Constructive Discharge

## COMPLAINT (Part 6: DAMAGES, PRAYER FOR RELIEF, JURY DEMAND)

44. Plaintiff suffered lost wages and career harm.
45. Plaintiff suffered emotional distress and reputational harm.
46. Plaintiff seeks $250,000 in damages.
47. Plaintiff demands a jury trial.