**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| **CHELSIE BURROUGHS** | **CIVIL ACTION NO. 5:25-CV-01933** |
| **VERSUS** | **JUDGE S. MAURICE HICKS, JR.** |
| **KTBS, LLC** | **MAGISTRATE JUDGE HORNSBY** |

**JOINT MOTION FOR ENTRY OF CONSENT PROTECTIVE ORDER CONCERNING CONFIDENTIAL INFORMATION**

Plaintiff, Chelsie Burroughs, appearing pro se, and Defendant, KTBS, LLC ("KTBS"), through undersigned counsel, jointly move this Court pursuant to Rule 26(c) of the Federal Rules of Civil Procedure for entry of the parties' proposed Consent Protective Order Concerning Confidential Information, filed concurrently herewith as Exhibit A. In support of this Motion, the parties state as follows:

1.

Discovery in this action is expected to involve the exchange of sensitive medical, financial, and personnel information. The parties have conferred and agree that a protective order governing the treatment of such information during discovery will facilitate the orderly and efficient exchange of discovery while preserving each party's rights regarding relevance, privilege, and the public's right of access to judicial records.

2.

The proposed Consent Protective Order is limited to the treatment of information exchanged or produced in discovery and does not determine whether any particular information is relevant, discoverable, admissible, or entitled to be filed under seal or redacted from the judicial record.

3.

The proposed Consent Protective Order further provides a procedure by which either party may challenge a confidentiality designation and preserves the Court's authority to resolve any dispute concerning application of the Order.

4.

The parties submit that good cause exists for entry of the proposed Order under Fed. R. Civ. P. 26(c).

WHEREFORE, Plaintiff, Chelsie Burroughs, and Defendant, KTBS, LLC, respectfully request that the Court grant this Joint Motion and enter the proposed Consent Protective Order Concerning Confidential Information submitted herewith.

Respectfully submitted,

Chelsie Burroughs
Plaintiff, Pro Se

By:_________________________
Chelsie Burroughs
9584 Eden Road, Apt. 1318
Arlington, Texas 76002
Chelsieburroughs83@gmail.com

Respectfully submitted,

COOK, YANCEY, KING & GALLOWAY
A Professional Law Corporation

By: s/ *Elizabeth M. Carmody*
Elizabeth Mendell Carmody, #25792
Luke D. Whetstone, #37355

333 Texas Street, Suite 1700
P.O. Box 22260
Shreveport, LA 71120-2260
Telephone: (318) 221-6277
Telecopier: (318) 227-7850
elizabeth.carmody@cookyancey.com
luke.whetsone@cookyancey.com

ATTORNEYS FOR DEFENDANT,
KTBS, LLC

**CERTIFICATE OF CONFERENCE**

I HEREBY CERTIFY that Plaintiff, Pro Se, and counsel for Defendant have conferred via email concerning this Joint Motion for Entry of Consent Protective Order Concerning Confidential Information and have agreed to jointly move for entry of the requested Protective Order.

Shreveport, Louisiana, this 21st day of September, 2026.

______*/s/ Elizabeth M. Carmody*______
OF COUNSEL

3.

The proposed Consent Protective Order further provides a procedure by which either party may challenge a confidentiality designation and preserves the Court's authority to resolve any dispute concerning application of the Order.

4.

The parties submit that good cause exists for entry of the proposed Order under Fed. R. Civ. P. 26(c).

WHEREFORE, Plaintiff, Chelsie Burroughs, and Defendant, KTBS, LLC, respectfully request that the Court grant this Joint Motion and enter the proposed Consent Protective Order Concerning Confidential Information submitted herewith.

Respectfully submitted,

Chelsie Burroughs
Plaintiff, Pro Se

By: ______________________
Chelsie Burroughs
9584 Eden Road, Apt. 1318
Arlington, Texas 76002
Chelsieburroughs83@gmail.com

Respectfully submitted,

COOK, YANCEY, KING & GALLOWAY
A Professional Law Corporation

By: *s/ Elizabeth M. Carmody*
Elizabeth Mendell Carmody, #25792
Luke D. Whetstone, #37355

333 Texas Street, Suite 1700
P.O. Box 22260
Shreveport, LA 71120-2260
Telephone: (318) 221-6277
Telecopier: (318) 227-7850
elizabeth.carmody@cookyancey.com
luke.whetsone@cookyancey.com

ATTORNEYS FOR DEFENDANT,
KTBS, LLC